UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America,
    Plaintiff

        v.                                                Case No.  10-cr-17-01-SM

Jesse Sullivan,
    Defendant

O R D E R

Defendant Sullivan's motion to continue the trial is granted  (document no. 9).  Trial has been rescheduled for the July trial period.   Defendant Sullivan shall file a waiver of speedy trial rights not later than  May 21, 2010.   On the filing of such waiver, his continuance shall be effective.

The Court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(8)(B)(iv), in that failure to grant a continuance would unreasonably deny the defendant the reasonable time necessary for effective preparation taking into account the exercise of due diligence under the circumstances.

Final Pretrial Conference is scheduled for  July 9,  2010  at 3:00 p.m.

Jury selection  will take place on July 20, 2010  at  9:30 a.m.

SO ORDERED.

_/s/ Steven J. McAuliffe_
Steven J. McAuliffe
Chief Judge

May 17, 2010

cc: Jessica Brown, Esq.
   Clyde R.W. Garrigan, AUSA
   U.S. Marshal
   U.S. Probation